In the Matter of the Accounting of NEW YORK TRUST COMPANY, as Committee of WALTER LEWISOHN, an Incompetent Person, Now Deceased.

SELMA FARR, Individually and as Executrix of WALTER LEWISOHN, Deceased, et al., Appellants; NEW YORK TRUST COMPANY, Respondent.

Submitted April 8, 1946; decided May 29, 1946.

Motion by appellants to amend the remittitur, etc., denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 596.]

MARCUS SCHWARTZ et al., Appellants, *v.* SERUTAN Co. et al., Respondents.

Submitted April 15, 1946; decided May 29, 1946.

*Milton S. Marks* and *Sidney Solway Miller* for motion.
*Harold Epstein, Osmond K. Fraenkel* and *Arthur Garfield Hays* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.